[No. 10962-3-III. Division Three. June 4, 1991.]

*In the Matter of the Marriage of* WILLIAM D. COLEMAN, *Respondent, and* LOU ANNE COLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82-3-00539-1, Michael E. Cooper, J., entered August 15, 1990. *Reversed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.

[No. 10818-0-III. Division Three. June 4, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS BRENNEN STUBBLEFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. 89-1-00012-6, Wallis W. Friel, J., entered April 20, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.

[No. 10000-6-III. Division Three. June 4, 1991.]

MARV LARUE, ET AL, *Appellants,* v. BIG SPRINGS RANCH, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 84-2-00492-9, Charles W. Cone, J., entered April 20, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.